UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00164

**Joaqulinn Lathan,**
*Petitioner,*

v.

**United States Marshal, Eastern District of Texas,**
*Respondent.*

# ORDER

Petitioner Joaqulinn Lathan filed this petition for the writ of habeas corpus under 28 U.S.C. § 2241 challenging a federal detainer lodged against him. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

The Government moved to dismiss the petition as moot, stating that the challenged detainer has been lifted. The magistrate judge issued a report recommending dismissal of the petition as moot. Petitioner received a copy of the report on June 9, 2023, but has filed no objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Government's motion to dismiss (Doc. 14) is granted; this petition is dismissed as moot.

*So ordered by the court on August 11, 2023.*

J. CAMPBELL BARKER
United States District Judge